# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| CHRISTOPHER COOLEY, | : | |
| | | Case No.: 2:20-CV-6172 |
| Plaintiff, | : | |
| | | Magistrate Judge Kimberley A. Jolson |
| -vs- | : | Presiding by Consent of the Parties |
| | | |
| LCZJ, Inc., et al. | : | Stipulation of Dismissal [FRCP 41(a)(1)(A)(ii)] |
| Defendants. | : | |

Now come Plaintiff Christopher Cooley and Defendants Sunoco LLC and Sunoco Retail LLC, by their respective counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), stipulating that Plaintiff's claims and causes of action against all Defendants are dismissed with prejudice, with each party bearing their own attorney's fees and costs. At the time of this filing, only Sunoco LLC and Sunoco Retail LLC currently have an appearance on file with the Court. As such, the parties believe that this stipulation conforms with the requirements of the aforementioned rule.

Alternatively, if the Court determines that this Stipulation must proceed under Rule 41(a)(2), then Plaintiff requests that this Stipulation be interpreted as a motion to dismiss per the same. Dismissal of this matter by court order is appropriate under Rule 41(a)(2) because Plaintiff has settled the pled claims as to all defendants and is thus requesting to dismiss those claims with prejudice.

STIPULATED AND AGREED:

Dated: September 1, 2022

/s/ Alexander J. Darr

Alexander J. Darr (0087102)
Darr Law LLC
1391 W 5th Ave, Ste 313
Columbus, Ohio 43212

*Trial Attorney for Plaintiff,*
Christopher Cooley

Dated: September 1, 2022

/s/ Moira Pietrowski[1]

Moira Pietrowski
Roetzel & Andress
222 S. Main Street
Suite 400
Akron, Ohio 44308

*Attorney for Defendants*
Sunoco LLC &
Sunoco Retail LLC

---

[1] With permission. Email from M. Pietrowski, received September 1, 2022.

**CERTIFICATE OF SERVICE**

       I hereby certify that on September 1, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner to those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                            /s/ Alexander J. Darr
                                            Alexander J. Darr (0087102)